*Butler, Stillman & Hubbard, (John Notman,* of counsel,) for appellant. *Townsend, Dyett & Einstein, (Henry Yonge,* of counsel,) for respondent.

. VAN BRUNT, P. J.   This action was tried at the circuit before a jury, and it appears from the clerk's minutes that the complaint therein was dismissed. Thereupon a judgment roll was filed, the *postea* in which adjudged that the defendant have judgment against the plaintiff upon the issues in this action, dismissing the complaint upon the merits.  A motion was made to set aside this judgment as unwarranted, which was granted, and from the order thereupon entered this appeal is taken.   Without expressing any opinion upon the question as to when the court has power to dismiss a complaint upon the merits, in the disposition of this appeal, it is sufficient to say that the clerk has no such power.   There was no evidence before the clerk going to show that the court had ever dismissed the complaint upon the merits.   The clerk of the circuit certified simply that the complaint had been dismissed; and the clerk of the court, in entering the judgment, seems to have evolved out of his own imagination the idea that the complaint had been dismissed upon the merits.   Clearly such a judicial function has nowhere in the Code been conferred upon the clerk.   All that he could do in the making out of the *postea* to be contained in the judgment roll was to follow the minutes to the affect that the complaint had been dismissed.   We think, therefore, that the order was right, and should be affirmed, with $10 costs and disbursements.   All concur.

---

PETERS et al. v. CHAMBERLAIN et al.

(Supreme Court, General Term, First Department.   January 16, 1891.)

Appeal from special term, New York county.

Action by William R. Peters and George Parker against Winfield S. Chamberlain and Nelson J. Botsford.  Upon a trial before a jury, at the close of the plaintiff's case the court dismissed the complaint; the clerk entering up judgment in the following form:  "Adjudged that the defendant have judgment against the plaintiff upon the issues in this action, dismissing the complaint upon the merits."  The complaint was not in fact dismissed upon the merits.  Plaintiff appeals from an order denying a motion to vacate the judgment.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Reynolds & Harrison, (Robert L. Harrison,* of counsel,) for appellants. *Brigham & Baylis, (Willard N. Baylis,* of counsel,) for respondent Nelson. *J. Botsford* and *Thomas O'Callaghan, Jr.,* for respondent W. S. Chamberlain.

VAN BRUNT, P. J.   The facts in this case are similar to those in the case of *Freeman* v. *Electric Lighting Co., ante,* 93, (decided herewith,) except that the motion was denied, instead of being granted; and for the reasons stated in that opinion the order appealed from should be reversed, with $10 costs and disbursements, as against the respondent Botsford, and the motion granted.   All concur.